Explanation and Waiver of Rights
Form 069/05

# POLICE DEPARTMENT
# BALTIMORE, MARYLAND

## EXPLANATION AND WAIVER OF RIGHTS

CC# 5-160511970

NAME: Davon Carter
DATE/TIME: 6/1/16
LOCATION: Sex Offense Unit

**YOU ARE ADVISED THAT:**

1. You have the right to remain silent. *DC*

2. Anything you say or write may be used against you in a court of law. *DC*

3. You have the right to talk with an attorney before any questioning or during any questioning. *DC*

4. If you agree to answer questions, you may stop at any time and request an attorney and no further questions will be asked of you. *DC*

5. If you want an attorney and cannot afford to hire one, an attorney will be appointed to represent you. *DC*

I have been advised of and understand my rights. I freely and voluntarily waive my rights and agree to talk with the police without having an attorney present.

*Davon Carter*
Signature

Jones, Sean P. | Sean P. | Sgt. | 104B0 | E782
Officer's Printed Name | Officer's Signature | Rank | Unit | Seq. #

Witnesses: Det. Sandra D. Forsythe, Det. Sandra Forsythe L483 F032

CONFIDENTIAL INFORMATION-SUBJECT TO PROTECTIVE ORDER

WP-BPD2-0171