CRIMINAL CASE NO: 17-CR-00667

APR 14 2022

CLERK, U.S. DISTRICT COURT
AT GREENBELT
DISTRICT OF MARYLAND
BY ____ DEPUTY

DEAR JUDGE GEORGE J. HAZEL

I am writing you in reference to my transcripts on 9-21-21 It was a motion for a new trial and sentencing hearing. I am requesting this matter to be documented on record. I know for a fact my transcripts have been fabricated, falsified and tampered with there are things thats added and there are things thats missing this is in reference to my motion for new trial and sentencing hearing on 9-21-21 I am requesting this complaint to be documented on record, so this can go hand to hand with the full investigation thats already begun in this matter, Please if you have the time can you respond to let me know if you can do it or not

THANK YOU FOR YOUR TIME

Clifton Mosley

Clifton Mosley

THERE IS A IDENTICAL CERTIFIED COPY OF this letter following this letter

This is only a complaint I want documented on record
I REPEAT THIS IS ONLY A complaint I want documented on record